**CRIMINAL COMPLAINT**
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Rafael Hernandez-Felix**<br>YOB: 1972; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>22-01437MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a), (b)(1) and 1325(a)(1)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

Count 1: On or about January 22, 2022, at or near Sasabe, in the District of Arizona, **Rafael Hernandez-Felix**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Ysidro, California, on December 25, 2013, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

Count 2: On or about January 22, 2022, at or near Sasabe, in District of Arizona, **Rafael Hernandez-Felix**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Rafael Hernandez-Felix** is a citizen of Mexico. On December 25, 2013, **Rafael Hernandez-Felix** was lawfully denied admission, excluded, deported and removed from the United States through San Ysidro, California. On January 22, 2022, agents found **Rafael Hernandez-Felix** in the United States at or near Sasabe, Arizona, without the proper immigration documents. **Rafael Hernandez-Felix** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Rafael Hernandez-Felix** admitted to illegally entering the United States of America from Mexico on or about January 22, 2022, at or near Sasabe, Arizona, at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>ALD/AJC<br>AUTHORIZED AUSA /s/Ann DeMarais AcA | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Andrew J. Carpenter<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>January 24, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54